IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00111-RJC-DCK

| USA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RANDOLFO VASQUEZ ARITA, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 16), the Indictment, (Doc. No. 3), without prejudice, following the filing of an Information in Case No. 3:23-cr-132.

**IT IS ORDERED** that the Government's motion, (Doc. No. 16), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice.

Signed: June 2, 2023

Robert J. Conrad, Jr.
United States District Judge